IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.:   5:17cr32-RH

AMANDA GIOVANNI
   a/k/a "Agharid Karim Daqud Bahoura"
CLARK ONSTAD
KENNETH COOK
_____/

**BILL OF PARTICULARS
RE: FORFEITURE**

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and, pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, now particularly alleges that the following property is subject to forfeiture on the basis of the allegation in the Indictment filed in the above-styled criminal case:

**$20,890.03 in United States currency.**

1

Respectfully submitted,

CHRISTOPHER P. CANOVA
United States Attorney


*/s/ Stephen M. Kunz*
STEPHEN M. KUNZ
Assistant United States Attorney
Florida Bar 0322415
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430

2