UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY, FLORIDA

*UNITED STATES OF AMERICA,*          )
                                     )
            *Plaintiff,*             ) Case No:  5:17-cr-32/RH
                                     )
*vs.*                                ) *Panama City, Florida*
                                     )
*AMANDA GIOVANNI, CLARK*             )
*ONSTAD, AND KENNETH COOK,*          )
                                     )
            *Defendants.*            )
_____    )

## EXCERPTS

**TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE ROBERT L. HINKLE,
UNITED STATES DISTRICT JUDGE**

Attachment 1:          Testimony of Lawrence Borghini
Attachment 2:          Testimony of Michael Connelly
Attachment 3:          Testimony of Christopher Pekerol



***JUDY A. GAGNON, RMR, FCRR***
*Official United States Court Reporter*
*111 North Adams Street * Tallahassee, Florida  32301-7717*
*(850) 561-6822*